# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR23-00449SI

UNITED STATES OF AMERICA

V.

LEION BUTLER,
a/k/a Christopher Butler,
a/k/a Leniyah Butler,

FILED

Dec 05 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1111 – Second Degree Murder;
18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. § 2461(c) – Forfeiture

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 5th day of

December 2023.

S. Ybarra

Clerk

Bail, $ No Bail

Hon. Alex G. Tse, United States Magistrate Judge

| | |
|---|---|
| ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney | **FILED**<br><br>Dec 05 2023<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LEION BUTLER,<br>  a/k/a Christopher Butler,<br>  a/k/a Leniyah Butler,<br><br>    Defendant. | CASE NO. CR23-00449SI<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1111 – Second Degree Murder;<br>18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C.<br>§ 2461(c) – Forfeiture<br><br>**SAN FRANCISCO VENUE** |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 1111 – Second Degree Murder)

On or about November 12, 2023, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

LEION BUTLER,
a/k/a Christopher Butler,
a/k/a Leniyah Butler,

with malice aforethought did unlawfully kill H.W., by discharging a firearm, in violation of Title 18,

INDICTMENT

United States Code, Sections 7(3) and 1111.

FORFEITURE ALLEGATION:    (18 U.S.C. §§ 924, 981; 28 U.S.C. § 2461)

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924, 18 U.S.C. § 981, and 28 U.S.C. § 2461.

Upon a conviction of the offense alleged in Count One above, the defendant,

LEION BUTLER,<br>
a/k/a Christopher Butler,<br>
a/k/a Leniyah Butler,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense and, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property constituting and derived from proceeds the defendant obtained, directly and indirectly, as the result of the violation.  Such property includes but is not limited to any firearm and any cell phone seized in the investigation.

All pursuant to 18 U.S.C. §§ 924, 981; 28 U.S.C. § 2461; and Federal Rule of Criminal Procedure 32.2.

DATED:  December 5, 2023                                                           A TRUE BILL.


                                                                  /s/
                                                        FOREPERSON
                                                        San Francisco

ISMAIL J. RAMSEY
United States Attorney


*/s/ Kelsey C. Davison*
KELSEY C. DAVIDSON
Assistant United States Attorney

INDICTMENT                                          2