1
2
3
4                            UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,            Case No.  23-cr-00449-SI-1

8                   Plaintiff,            **ORDER  GRANTING IN PART**
                                          **GOVERNMENT'S MOTION FOR**
9           v.                            **EXAMINATION OF DEFENDANT AND**
                                          **GRANTING ADMINISTRATIVE**
10   LENIYAH BUTLER, a/k/a LEION          **MOTION TO SEAL**
     BUTLER,
11                                        Re: Dkt. Nos. 125, 134
                   Defendant.

12

13

14        On December 2, 2024, the Court held a hearing on the government's motion for a mental

15   examination of defendant.  For the reasons stated on the record, the Court GRANTS the motion as

16   follows:  the government may have defendant examined by a neuropsychologist for up to 10

17   hours, and the scope of that examination shall not exceed the scope of Dr. Gregory's examination

18   with regard to the types of tests administered, although the tests need not be identical.  The

19   government's expert will not ask defendant any questions about the facts of this case.  The

20   examination will be videotaped and transcribed, defendant is instructed to cooperate with the

21   examination, and defense counsel shall not be present during the examination.  The government is

22   directed to notify defense counsel of the identity and qualifications of the expert by close of

23   business on December 3, 2024 (with the understanding that the government has not yet formally

24   retained this individual), and to provide defense counsel with a disclosure of the specific tests that

25   the expert intends to administer as soon as possible.  The disclosure of the tests shall be attorneys-

26   eyes-only.  Counsel are directed to cooperate regarding the scheduling of the examination,

27   including allowing time for defendant to raise any objections prior to the examination.

28        The Court also GRANTS defendant's administrative motion to file under seal defendant's

United States District Court
Northern District of California

opposition to the government's motion for an examination.

**IT IS SO ORDERED**.

Dated: December 3, 2024

SUSAN ILLSTON
United States District Judge