United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

    v.

LEION BUTLER

        Defendant(s).

Case No. 23-cr-00449-SI-1 (SI)

**SECOND AMENDED ORDER FOR PRETRIAL PREPARATION (CRIMINAL)**

Good cause appearing, **IT IS HEREBY ORDERED** that:

Initial Expert Disclosures: **11/18/2024**
Rule 16 Disclosures: **12/3/2024**
    Rebuttal Expert Disclosures: **12/31/2024**
Witness List: **1/7/2025**
Exchange of Exhibit Lists: **1/7/2025**

Oppositions to Daubert Motion: **1/17/2025.**
    Replies to Daubert: **1/23/2025 *by noon.***
Hearing on Daubert Motions: **1/28/2025 at 1:30 p.m. in Courtroom 1.**

**MOTIONS IN LIMINE**:
Motions in Limine to be filed by: **1/31/2025**
    Oppositions due: **2/12/2025 by noon.**
    Replies (not mandatory) due: **2/14/2025.**
Hearing on Motions in Limine: **2/21/2025 at 11 a.m. in Courtroom 1.**

**JURY QUESTIONNAIRES**

The Court and parties may add a total of 10 additional questions to the standard questionnaire.

Accordingly, the Court directs the parties to provide up to 5 questions each to the Court no later than **2/18/2025** In addition, the Court directs the parties to meet and confer regarding standard questions #25 and #27, and provide the Court with a neutral statement of the case (#25) and the applicable subject matter (#27) no later than **2/18/2025**.  The parties may file the requested information or email the Court's Clerk at sicrd@cand.uscourts.gov.

**PRETRIAL CONFERENCE**:  A Pretrial Conference **SHALL** be held **3/4/2025** at **1:30 p.m.** in Courtroom 1.  **Pretrial Conference Statement** due **2/27/2025** which will include:

(1)    Serve and file a trial memorandum briefly stating the legal bases for the charges and the anticipated evidence, and addressing any evidentiary, procedural or other anticipated legal issues;

(2)    Serve and file a list of all witnesses who may be called, together with a brief summary of the testimony of each;

(3)    Serve and file proposed jury instructions on all substantive issues and on any procedural issue not adequately covered by the Court's standard instructions (which are published in the Ninth Circuit Manual of Model Jury Instructions).  Counsel shall deliver to the Courtroom Deputy a copy of their proposed jury instructions and email a copy in Word format to SIPO@cand.uscourts.gov.

(4)    Serve and file a proposed form of verdict and proposed questions for jury voir dire; and,

(5)    Serve and file exhibit lists; and serve copies of all marked exhibits on all parties.  Each item **SHALL** be pre-marked; generally, the government **SHALL** use numbers, the defendant, letters.  The exhibits **SHOULD NOT** be filed with the Court, only the exhibit lists must be filed with the Court.  However, counsel shall lodge with the Court two copies of the exhibits in binders the Friday before trial, for the Court's use and witnesses use during trial.  The original exhibits admitted by the Court shall be collected by the Court during trial.

Not less than **three court days** before the Pretrial Conference, defense counsel **SHALL** comply with subparagraphs (3) and (4) above, and, to the extent consistent with the defendant's right to an effective defense, with subparagraphs (1), (2) and (5) above.

Counsel **SHALL** confer in advance and be prepared to discuss with the Court any anticipated evidentiary objections and any means for shortening and simplifying the trial (e.g., by stipulating to such matters as chain of custody, nature of substances, use of the mails, etc.).

Counsel should submit an agreed upon set of additional requested voir dire questions to be posed by the Court.  Any voir dire questions on which counsel cannot agree shall be submitted separately.  Voir dire by counsel will not be permitted absent leave of Court.

**JURY SELECTION**: __3/13/2025__ at 9:00 a.m., Courtroom 1, 17th Floor.

**TRIAL DATE**: On __3/17/2025__ at 9:00 a.m., Courtroom 1, 17th floor, and will be before the JURY.

**TRIAL LENGTH** is estimated to be 12 days.

**COPIES**:  Each document filed or lodged with the Court must be accompanied by 2 (two) unstapled, **three-hole punched** copies for use in the Judge's chambers.  In addition, one copy of the witness and exhibit lists should be furnished to the court reporter.

**TRANSCRIPTS**:  If transcripts will be requested during or immediately after trial, arrangements must be made with the court reporter at least one week before trial commences.  If a daily transcript and/or real-time reporting is needed, the parties shall make arrangements with Kristen Melen, Court Reporter Supervisor, at (415) 522-2079 or Kristen_Melen@cand.uscourts.gov at least fourteen days before trial commences.

**CHANGE OF PLEA**:  Counsel **SHALL** give prompt notice to the United States Attorney and to the Court of any intention to change a previously entered not guilty plea.

**EXHIBITS**:  Upon the conclusion of the trial, the parties are to meet and confer and agree upon the admitted exhibits which are to be electronically filed by the Parties.

      **IT IS SO ORDERED**.

Dated: January 13, 2025

SUSAN ILLSTON
United States District Judge