UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEION BUTLER, a/k/a LENIYAH BUTLER.<br><br>Defendant. | Case No. 23-cr-00449-SI-1<br><br>**FINAL PRETRIAL SCHEDULING ORDER** |

On March 4, 2025, the Court held a final pretrial conference in the above captioned matter, which is set for jury trial beginning March 17, 2025, with jury selection on March 12, 2025. All parties were represented by counsel. The following matters were resolved:

1. **Trial schedule:** The trial day runs from 9:00 a.m. until 4:00 p.m., with a 15 minute break at 10:30 a.m., a 30 minute break at noon and a 15 minute break at 2:00 p.m., all times approximate. The Court does not hear trials on Fridays (although deliberating juries may continue their deliberations on Fridays).

2. **Number of jurors and challenges:** There will be a jury of twelve members, plus 4 alternate jurors. The government shall have six peremptory challenges, the defendant shall have ten peremptory challenges.

3. **Voir dire:** The prospective jury pool will have filled out questionnaires, which will be provided to counsel on March 7, 2025. By close of business on Monday, March 10, 2025, counsel

shall meet and confer to determine whether they agree that any potential juror(s) should be excused for cause.  The result of that conference shall be reported to the Court by 5:00 p.m. on March 10, 2025.  If necessary, the Court will schedule a conference for Tuesday, March 11, 2025, to discuss excuses for cause.  Beginning at 9:00 a.m. on March 12, 2025, the Court will conduct general voir dire.  Counsel for each side shall have up to 90 minutes total to question the panel.

**4.     Trial exhibits:**  No later than Friday, March 14, 2025, the parties shall submit their trial exhibits, in binders with numbered tabs separating and identifying each exhibit.  The Court shall be provided with two sets (the originals for the file, one set for the Court) and one additional set for opposing counsel.

**5.     Other matters:**

A.     Counsel shall meet and confer regarding appropriate redactions for the government's proposed exhibits consisting of audio files/transcripts of the FBI interview, the jail phone calls and the telephone data.

B.     Defendant's request to exclude all discussions of "pleading insanity" on the jail phone calls is denied.

C.     The Court granted the government's oral request for judicial notice that the Presidio is within the maritime and territorial jurisdiction of the United States.  The Court also granted the government's oral request to strike as surplusage the word "Trust" from Count One of the indictment.  The government shall provide proposed orders reflecting these two matters.

**IT IS SO ORDERED**.

Dated: March 5, 2025

_____
SUSAN ILLSTON
United States District Judge