UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LENIYAH (LEION) BUTLER,<br><br>    Defendant. | Case No. 23-cr-00449-SI-1<br><br>**VERDICT FORM - COURT DRAFT** |

VERDICT FORM

**Question One: Second Degree Murder (18 U.S.C. § 1111)**

We, the Jury in the above-captioned case, unanimously find the defendant, LEION BUTLER, also known as LENIYAH BUTLER,

NOT GUILTY: _____     GUILTY: _____

(place an X on the appropriate line)

of Murder in the Second Degree, in violation of Title 18, United States Code Section 1111, on or about November 12, 2023, in the Presidio, a place within the special maritime and territorial jurisdiction of the United States, as charged in Count One of the Indictment.

If you find Ms. Butler guilty of murder in the second degree as charged in the Indictment, do not answer Question Two, and sign and date the verdict form.

If you find Ms. Butler not guilty of murder in the second degree as charged in the Indictment because the government failed to prove beyond a reasonable doubt that Ms. Butler was not acting in complete self-defense, do not answer Question Two, and sign and date the verdict form.

If you find Ms. Butler not guilty of murder in the second degree as charged in the Indictment because the government failed to prove beyond a reasonable doubt that Ms. Butler was not acting in imperfect self-defense or sudden quarrel or heat of passion, then proceed to answer Question Two.

**Question Two:  Voluntary Manslaughter (Imperfect Self-Defense or Sudden Quarrel or Heat of Passion (18 U.S.C. § 1112))**

We, the Jury in the above-captioned case, unanimously find the defendant, LEION BUTLER, also known as LENIYAH BUTLER,

NOT GUILTY: _____            GUILTY: _____

(place an X on the appropriate line)

of Voluntary Manslaughter, in violation of Title 18, United States Code Section 1112, on or about November 12, 2023, in the Presidio, a place within the special maritime and territorial jurisdiction of the United States, which is a lesser included offense to murder in the second degree.

Dated: _____                _____
                                                                Foreperson