UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LENIYAH (LEION) BUTLER,<br><br>    Defendant. | Case No. 23-cr-00449-SI-1<br><br>**VERDICT FORM** |

VERDICT FORM

**Question One: Second Degree Murder (18 U.S.C. § 1111)**

We, the Jury in the above-captioned case, unanimously find the defendant, LEION BUTLER, also known as LENIYAH BUTLER,

NOT GUILTY: _____          GUILTY: _____

(place an X on the appropriate line)

of Murder in the Second Degree, in violation of Title 18, United States Code Section 1111, on or about November 12, 2023, in the Presidio, a place within the special maritime and territorial jurisdiction of the United States, as charged in Count One of the Indictment.

If you find Ms. Butler guilty of murder in the second degree as charged in the Indictment, do not answer Questions Two and Three, and the jury foreperson should sign and date the verdict form.

If you find Ms. Butler not guilty of murder in the second degree as charged in the Indictment because the government failed to prove beyond a reasonable doubt that Ms. Butler was not acting in reasonable (complete) self-defense, do not answer Questions Two and Three, and the jury foreperson should sign and date the verdict form.

If you find Ms. Butler not guilty of murder in the second degree for any other reason, then proceed to answer Question Two.

**Question Two:  Voluntary Manslaughter (Imperfect Self-Defense or Sudden Quarrel or Heat of Passion (18 U.S.C. § 1112))**

We, the Jury in the above-captioned case, unanimously find the defendant, LEION BUTLER, also known as LENIYAH BUTLER,

NOT GUILTY: _____          GUILTY: _____

(place an X on the appropriate line)

of Voluntary Manslaughter, in violation of Title 18, United States Code Section 1112, on or about November 12, 2023, in the Presidio, a place within the special maritime and territorial jurisdiction of the United States, which is a lesser included offense to murder in the second degree.

If you find Ms. Butler not guilty of voluntary manslaughter, proceed to Question Three.  If you find Ms. Butler guilty of voluntary manslaughter, do not answer Question Three and the jury foreperson should sign and date the verdict form.

**Question Three:  Involuntary Manslaughter (18 U.S.C. § 1112)**

We, the Jury in the above-captioned case, unanimously find the defendant, LEION BUTLER, also known as LENIYAH BUTLER,

NOT GUILTY: _____          GUILTY: _____

(place an X on the appropriate line)

of Involuntary Manslaughter, in violation of Title 18, United States Code Section 1112, on or about November 12, 2023, in the Presidio, a place within the special maritime and territorial jurisdiction of the United States, which is a lesser included offense to murder in the second degree.

Dated: _____          _____
                                                            Foreperson