UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEION BUTLER,<br><br>Defendant. | Case No. 23-cr-00449-SI-1<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION TO CONTINUE BRIEFING SCHEDULE AND SENTENCING**<br><br>Re: Dkt. No. 306 |

The defense has filed a request to continue the briefing schedule on defendant's Rule 29 and/or Rule 33 motions by two weeks, and to continue sentencing from June 27, 2025 to early December 2025. The government opposes both requests, but states that if the Court is inclined to grant a continuance, it requests that sentencing be scheduled for mid-August 2025.

The Court GRANTS defendant's request as follows: (1) defendant's motion(s) are due May 30, 2025; government's opposition due June 27, 2025; defendant's reply due July 11, 2025; hearing scheduled for August 15, 2025, at 11:00 a.m.; and (2) sentencing is scheduled for August 15, 2025, at 11:00 a.m.

**IT IS SO ORDERED**.

Dated: May 20, 2025

SUSAN ILLSTON
United States District Judge